16668.   HENDRICKS *v.* THE STATE.

BROYLES, C. J.   1. This was a proceeding for contempt of court, and the trial judge did not err in overruling the demurrer to the information. See *Hendricks* v. *State*, ante, 508.

2. It is not made to appear that the judge erred in denying the motion to declare himself disqualified to preside upon the trial of the case. *Hendricks* v. *State, supra.*

3. The evidence was not sufficient to authorize the defendant's conviction, and the court erred in finding him guilty and imposing sentence.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 10, 1925.

Contempt; from Berrien superior court—Judge Knight. April 16, May 30, 1925.

*T. G. Connell, Jeff S. Story, W. R. Smith, E. K. Wilcox,* for plaintiff in error.

*H. C. Morgan, solicitor-general,* contra.